**IN THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION, AT KNOXVILLE**

| | | |
|---|---|---|
| **JENN S. PEDEN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **vs.** | ) | No. 3:11-cv-00620 |
| | ) | **JURY DEMANDED** |
| | ) | |
| **AMERICAN CLASSIFIEDS, LLC,** | ) | |
| and | ) | |
| **AMERICAN CLASSIFIEDS OF KNOXVILLE,** | ) | |
| **INC.,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION OF DISMISSAL

Plaintiff, Jenn S. Peden, and Defendants, American Classifieds, LLC, and American

Classifieds of Knoxville, Inc., by and through counsel, and by agreement, stipulate to the

dismissal of this cause against Defendants American Classifieds, LLC, and American Classifieds

of Knoxville, Inc., and the Court hereby dismisses the above captioned adversary proceeding

against American Classifieds, LLC, and American Classifieds of Knoxville, Inc.

**APPROVED FOR ENTRY:**

*/s/ Jesse D. Nelson*
Jesse D. Nelson (#025602)
Law Office of Jesse D. Nelson
Post Office Box 22685
Knoxville, Tennessee 37933
(865) 383-1053
jesse@jessenelsonlaw.com

*/s/ T. Kenan Smith*
T. Kenan Smith (# 012802)
Hodges, Doughty & Carson, PLLC
617 W. Main Street
Post Office Box 869
Knoxville, Tennessee 37901-0869
(865) 292-2307
(865) 292-2321 [facsimile]
ksmith@hdclaw.com