IN THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION, AT KNOXVILLE

| | |
|---|---|
| JENN S. PEDEN, <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN CLASSIFIEDS, LLC, <br> and <br> AMERICAN CLASSIFIEDS OF KNOXVILLE, INC., <br><br> Defendants. | No. 3:11-cv-00620 <br> **JURY DEMANDED** |

### ORDER OF DISMISSAL WITH PREJUDICE

In this cause come the parties, by and through their undersigned counsel, and make it known to the Court that all matters, issues and controversies by and between them have been compromise and settled out of Court, and that, by virtue of said compromise and settlement agreement, the suit of the Plaintiff Jenn S. Peden against the Defendants American Classifieds, LLC, and American Classifieds of Knoxville, Inc., is dismissed in bar of the right of the Plaintiff to reinstitute the said suit.

It is therefore ORDERED, ADJUDGED and DECREED that the suit of the Plaintiff against the Defendants American Classifieds, LLC, and American Classifieds of Knoxville, Inc., be, and the same hereby is, dismissed with prejudice in bar of the right of Plaintiff to reinstitute said suit.

It is further ORDERED that the Defendants are to pay the court costs of record in the clerk's office, but Plaintiff shall not be entitled to and shall not recover any discretionary costs pursuant to Rule 54 of the Federal Rules of Civil Procedure.

ENTERED this the ____ day of _____, 2012.

_____
Judge

**APPROVED FOR ENTRY:**

/s/ *Jesse D. Nelson*
Jesse D. Nelson (#025602)
Law Office of Jesse D. Nelson
Post Office Box 22685
Knoxville, Tennessee 37933
(865) 383-1053
jesse@jessenelsonlaw.com

/s/ *T. Kenan Smith*
T. Kenan Smith (# 012802)
Hodges, Doughty & Carson, PLLC
617 W. Main Street
Post Office Box 869
Knoxville, Tennessee 37901-0869
(865) 292-2307
(865) 292-2321 [facsimile]
ksmith@hdclaw.com

2